**UNITED STATES BANKRUPTCY COURT**
**Eastern District of Virginia (Alexandria)**

IN RE:                                                                   Case No.:    09-20069

Debtors: James L Banks and Rey C Banks           Loan Number (Last 4):    6746

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Nationstar Mortgage, LLC | THE BANK OF NEW YORK MELLON |
|---|---|
|  | c/o BAC Home Loans Servicing, LP fka Cou |
| Name of Transferee | Name of Transferor |
| 350 Highland Drive | Court Claim # (if known): 16 |
| Lewisville, TX 75067 | Amount of Claim: $712,524.65 |
|  | Date Claim Filed: 04/05/2010 |
| Phone: 877-782-7612 | Last Four Digits of Acct #: 9927 |
| Last Four Digits of Acct #: 6746 |  |

Name and Address where transferee payments should be sent (if different from above):

350 Highland Drive
Lewisville, TX 75067

Phone:    877-782-7612

Last Four Digits of Acct #:    6746

Transfer Effective: July 01, 2013

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By:    /s/ Diana Duarte                                      Date:    08/06/2013
      Authorized Filing Agent
      (Approved by: Megan Koza)

Specific Contact Information:
P: 877-782-7612
Megan.Koza@nationstarmail.com

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.

443493-63ae65f8-86ff-4301-a251-44c3912a700b